IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VIGILANT INSURANCE COMPANY, as subrogee of WQED MULTIMEDIA, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-23 (AJS) |
| v. | ) ) ) | Magistrate Judge Lisa Pupo Lenihan |
| SPX CORPORATION d/b/a/ Dielectric and/or Dielectric Communications, | ) ) ) ) | |
| Defendant. | ) ) | |

## AMENDED CASE MANAGEMENT ORDER

**AND NOW**, this _____ day of _____, 2006, **IT IS ORDERED** that this Amended Case Management Order shall adjust the Court's April 28, 2006 Case Management Order in the manner specified below. **IT IS FURTHER ORDERED** that compliance with provisions of Rule 16.1 shall be competed as follows:

(1)  The parties shall complete fact discovery by **October 24, 2006**. All interrogatories, depositions, requests for admissions, and requests for production shall be served within sufficient time to allow responses to be completed prior to the close of discovery.

(2)  Expert Reports and Discovery:

    (a)  Plaintiff's exert reports shall be filed by **November 2, 2006**.

    (b)  Defendant's expert reports shall be filed by **November 14, 2006**.

    (c)  All expert depositions shall be completed by **November 28, 2006**.

(3)  Responses to motions to compel are due within 10 calendar days of the filing of the motion.

(4)     The parties shall comply with Local Rule 56.1 with respect to making a motion for summary judgment and the filing of a response to the motion. The movant shall file a motion for summary judgment in accordance with the requirements of Local Rule 56.1B on or before **December 12, 2006**. The opposing party shall file its opposition in accordance with the requirements of Local Rule 56.1C on or before **January 11, 2007**. Briefs supporting or responding to summary judgment motions shall not exceed 25 pages in length. Reply briefs shall be filed on or before **January 25, 2007**, and shall not exceed 5 pages in length.

(5)     Plaintiff's pretrial narrative statement shall comply with Rule 16.1.4.A and be filed by **December 21, 2006,** or within thirty days after the Court's ruling on summary judgment motions, if any.

(6)     Defendant's pretrial narrative statement shall comply with Rule 16.1.4.B and be filed within thirty days after the submission of Plaintiff's pretrial narrative statement.

(7)     Material facts not identified in the pretrial narrative statements may be excluded upon objection or sua sponte. Witnesses or exhibits not identified in the pretrial narrative statements shall not be admissible at trial, except for an exhibit to be used solely for impeachment purposes. Plaintiff should use numbers with a "P" prefix to designate exhibits (e.g., P1, P2, . . . ); Defendant should use numbers with a "D"; prefix to designate exhibits (e.g., D1, D2, . . . ).

(8)     The parties shall not amend or supplement their pretrial narrative statements without leave of court.

SO ORDERED this 23 day of June 2006.

_____
Lisa Pupo Lenihan
United States Magistrate Judge

2